RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Keisha-Matthews@fd.org

*Attorney for Petitioner Jorge Vazquez Perez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jorge Vazquez Perez,

        Petitioner,

    v.

Blanche, *et al.*,

        Respondents.

Case No. 2:26-cv-01505-RFB-MDC

**Stipulation to Continue Deadline to File Amended Petition**

**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Tamer Botros, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jorge Vazquez Perez, that the briefing schedule in this case be modified as follows. The deadline to file the amended petition (currently due June 10, 2026) would be extended to June 17, 2026.

The Stipulation is entered into for the following reasons:

1.     Counsel for petitioner requires additional time to review records and prepare the amended petition.

2.     The petitioner is detained and does not object to the continuance.

3.     The government does not oppose the request for a continuance.

4.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

5.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

Dated June 11, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General


By /s/ Keisha K. Matthews
KEISHA K. MATTHEWS
Assistant Federal Public Defender

By /s/ Tamer Botros
TAMER BOTROS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jorge Vazquez Perez,

       Petitioner,

      v.

Blanche, *et al.*,

       Respondents.

Case No. 2:26-cv-01505-RFB-MDC

**Order**

     IT IS THEREFORE ORDERED that the Amended currently due June 10, 2026 would be extended to June 17, 2026.

     DATED this 11th day of June, 2026.

 

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3